IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dominguez, Ricardo

Printed: 4/15/08

Case Number: 07 B 14032
Judge: Squires, John H
Filed: 8/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: April 8, 2008
Confirmed: September 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,450.00 |  |
| Secured: |  | 420.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,843.00 |
| Trustee Fee: |  | 186.30 |
| Other Funds: |  | 0.00 |
| Totals: | 3,450.00 | 3,450.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,843.00 | 2,843.00 |
| 2. | First Bank Mortgage | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | First Bank Mortgage | Secured | 38,864.00 | 420.70 |
| 6. | Commonwealth Edison | Unsecured | 2,273.43 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 16,795.51 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 4,026.42 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 1,767.17 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 6,316.08 | 0.00 |
| 11. | LVNV Funding | Unsecured | 306.50 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 654.30 | 0.00 |
| 13. | Cbe Group | Unsecured |  | No Claim Filed |
| 14. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 73,846.41 | $ 3,263.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 186.30 |
|  | $ 186.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dominguez, Ricardo

Printed:  4/15/08

Case Number:  07 B 14032
Judge:  Squires, John H
Filed:  8/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____