UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   DOMINGUEZ, RICARDO   §   Case No. 07-14032
§
§
Debtor(s)   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 11/09/2009 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2009   By:   /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: DOMINGUEZ, RICARDO | § | Case No. 07-14032 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 11,206.38 |
| and approved disbursements of | $ 131.74 |
| leaving a balance on hand of [1] | $ 11,074.64 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| First Bank Mortgage | $ 0.00 |
| Litton | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | GLENN R. HEYMAN | $ 1,870.64 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 2,557.50 | $ 32.06 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Popowcer Katten, Ltd. | $ 924.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,837.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank/DFS-Services, LLC | $ 6,161.35 | $ 1,006.32 |
| 2 | PEOPLES GAS LIGHT AND COKE COMPANY | $ 1,723.87 | $ 281.56 |
| 5 | eCAST Settlement Corp assignee of Household Finance Corp. | $ 16,384.07 | $ 2,675.96 |
| 6 | eCAST Settlement Corp assignee of Citibank USA NA/Home Depot | $ 3,927.80 | $ 641.52 |
| 7 | ComEd Company | $ 2,218.27 | $ 362.30 |
| 8 | LVNV Funding LLC its successors&assigns as assignee Citibank | $ 299.01 | $ 48.84 |
| 9 | LVNV Funding LLC its successors&assigns as assignee Citibank | $ 638.29 | $ 104.25 |

**UST Form 101-7-NFR (9/1/2009)**

| 10 | ComEd Company | $ 3,485.00 | $ 569.19 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                       Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                       Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mgonzalez                Page 1 of 1                   Date Rcvd: Oct 14, 2009
Case: 07-14032                 Form ID: pdf006                Total Noticed: 25

The following entities were noticed by first class mail on Oct 16, 2009.
db           +Ricardo Dominguez,    3732 W. 63 St.,    2nd Floor,    Chicago, IL 60629-4023
aty          +Craig Z Black,    Robert J  Semrad & Associates,    20 S Clark,    28th Floor,
               Chicago, IL 60603-1802
aty          +Matthew J Cherney,    Robert Semrad & Associates LLC,    407 S Dearborn Street 6th Floor,
               Chicago, IL 60605-1136
aty          +Michael A Miller,    Robert J Semrad and Associates,    20 S. Clark, 28th Floor,
               Chicago, IL 60603-1802
aty          +Thomas G Stahulak,    Stahulak & Associates,    120 South State Street 4th Floor,
               Chicago, IL 60603-5508
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11525501     ++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA  50701-9588
             (address filed with court: Cbe Group,     131 Towe Park Dr Suite 1,    Waterloo, IA 50702)
11525500     +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
11525502     +Citibank Usa,    Po Box 6003,    Hagerstown, MD 21747-6003
11525504     +First Bank Mortgage,    135 N Meramec Ave,    Clayton, MO 63105-3792
11569280     +First Bank Mortgage,    1 First Missouri Center,    St. Louis, MO 63141-6085
11525505     +Household,    Po Box 1547,    Chesapeake, VA 23327-1547
11525506     +Litton Loan Servicing,    4828 Loop Central Dr,    Houston, TX 77081-2166
11595328      Litton Loan Servicing, LLP.,    P.O. Box 4387,    Houston, Texas 77210-4387
11603815     +Milton Hernandez,    3732 W. 63rd St, 1st Floor,    Chicago, Il 60629-4023
11550565     +PEOPLES GAS LIGHT AND COKE COMPANY,     130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
11525507     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
11525509     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
11635671      eCAST Settlement Corporation assignee of,    Citibank USA NA/HOME DEPOT,    POB 35480,
               Newark NJ 07193-5480
11635670      eCAST Settlement Corporation assignee of,    Household Finance Coproration,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Oct 14, 2009.
11646120     +E-mail/Text: legalasstfoundationrqsts@exeloncom.com                             ComEd Company,
               Attn Revenue Management Dept,     2100 Swift Drive,    Oak Brook IL 60523-1559
11525503      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 15 2009 05:40:33      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
11538238      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 15 2009 05:40:33
               Discover Bank/DFS-Services, LLC,     PO Box 3025,    New Albany OH 43054-3025
11737963      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
               Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
11786409      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,     assignee of Citibank USA,
               Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11525508*    +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
11525510*    +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2009**                         **Signature:**    *Joseph Speetjens*